**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
United States of America,

       Plaintiff(s),

    -against-

Ernest Webb

       Defendant(s).
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2025

**7:17-cr-644 NSR**

**<u>ORDER ON AMENDED</u>**
**<u>CONDITIONS OF</u>**
**<u>RELEASE</u>**

**VICTORIA REZNIK, United States Magistrate Judge:**

On December 4, 2025, the Court held a hearing on Mr. Webb's violation of supervised release. The Court released Mr. Webb with the following conditions:

- Appearance bond in the amount of $50,000 cosigned by one FRP approved by the U.S. Attorney's Office;
- Subject to supervision by and report for supervision to the Probation Department in the Middle District of Florida, as directed;
- Home detention at Mr. Webb's wife's house in Florida, with location monitoring to be approved by Probation;
- As part of home detention, Mr. Webb is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by his supervising officer;
- Mr. Webb will be detained pending agreement of Probation in the Middle District of Florida to take over supervision. If Florida declines supervision, then home detention will resume in New York at Mr. Webb's mother's residence, subject to inspection by Probation;
- Mr. Webb must maintain a cell phone or other device to communicate with the Probation Office;
- Mr. Webb must maintain or seek verifiable employment;
- Mr. Webb must report any contact with law enforcement to his Probation Officer; and
- He must report to his Probation Officer as instructed.

1

Since the date of the hearing, Mr. Webb has been in custody in the Southern District of New York, subject to meeting the conditions set by the Court.

On December 17, 2025, Ms. Joseph from the Probation Department notified the Court that she received a response from the Middle District of Florida in response to their request for courtesy supervision of Mr. Webb in Florida. They agreed to accept courtesy supervision "for no more than 90 days," provided the following special condition is added by the Court:

> You shall participate in the location monitoring, within the home incarceration component, and you must follow the rules and regulations of the monitoring program. You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court. The monitoring technology will be at the discretion of the probation office, which may include Radio Frequency (RF), Global Positioning Satellites (GPS), Voice Recognition or virtual mobile monitoring application. Further you shall be required to pay the costs of these services.

Ms. Joseph from the Probation Department also advised that the Middle District of Florida has stated that if there are any incidents of noncompliance, Mr. Webb will be expected to immediately return to the Southern District of New York "without further discussion." In correspondence with the Court, counsel for Mr. Webb has confirmed that he and his wife can afford to pay the cost of the location monitoring services, if necessary.

Given the agreement from the Probation Department in the Middle District of Florida to accept courtesy supervision of Mr. Webb at least for the next three months subject to certain conditions, Mr. Webb's ability to pay the cost of the

location monitoring services in Florida, and the Court's view that supervision in

Florida is highly preferable for the reasons stated on the record during the hearing

on December 4, 2025, the Court will allow Mr. Webb to be released, subject to any

other conditions still to be met, into the courtesy supervision of the Middle District

of Florida. The following conditions, as specifically approved by the Court, shall

apply:

- Appearance bond in the amount of $50,000 cosigned by one FRP approved by the U.S. Attorney's Office;
- Subject to the courtesy supervision by and report for courtesy supervision to the Probation Department in the Middle District of Florida, as directed;
- Home incarceration at the house of Mr. Webb's wife in Florida, with location monitoring to be administered by Probation in the Middle District of Florida, at their discretion;
- As part of home incarceration, Mr. Webb is restricted to his residence at all times except for medical treatment; attorney visits; court appearances; court-ordered obligations; or other activities specifically approved by the Court;
- The Court has specifically approved the following "other activities" as part of Mr. Webb's home incarceration:
  - Mr. Webb must maintain or seek employment, subject to advance notice to and verification by his Probation Officer;
- Mr. Webb must maintain a cell phone or other device to communicate with the Probation Office;
- Mr. Webb must report any contact with law enforcement to his Probation Officer;
- Mr. Webb must report to his Probation Officer as instructed; and
- At least one month before the conclusion of Mr. Webb's courtesy supervision in the Middle District of Florida, Probation will update the Court on the status of Mr. Webb's compliance and proposed steps for his transferred supervision to the Southern District of New York.

Upon release from custody to courtesy supervision in the Middle District of

Florida, Mr. Webb is directed to report to the U.S. Probation Office in the

Southern District of New York before travelling to Florida by no later than

**Monday, December 22, 2025**, unless otherwise agreed with the Probation

Office and Mr. Webb's counsel.

       **SO ORDERED.**

DATED:     White Plains, New York
             12/19/2025

                          VICTORIA REZNIK
                          United States Magistrate Judge