

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 22, 2026

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    ***United States v. Webb*, 17 Cr. 644 (NSR)**

Dear Judge Román:

The Government respectfully requests an adjournment of the conference scheduled for April 24, 2026 in this matter. Defense counsel consents to this request.

As the Court is aware, defendant Ernest Webb is charged in a 13-specification amended violation of supervised release petition dated December 4, 2025, primarily based on several alleged violations of Florida state law. A hearing in one of the defendant's underlying Florida state cases has been re-scheduled for June 23, 2026. In light of the ongoing state proceeding, and to allow the parties to discuss a potential resolution short of a revocation hearing, the Government, with the consent of the defense, respectfully requests an adjournment of the violation of supervised release conference scheduled for April 24, 2026 to a date after the scheduled state proceeding.

The parties and the Probation Office are available July 23, 2026 at 2:00 pm and can provide additional availability if that date and time is not convenient for the Court.

The Court adjourns Defendant's April 24, 2026 conference date and it is hereby rescheduled to July 23, 2026 at 2 p.m. The Clerk of Court is directed to terminate the motion at ECF No. 528.
Dated: April 22, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Very truly yours,

JAY CLAYTON
United States Attorney

by: _____
John Wynne
Assistant United States Attorney
(914) 993-1921

cc: Matthew Galluzzo, Esq. (by ECF)

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2026