

11 BROADWAY, SUITE 715    NEW YORK, NEW YORK 10004
Tel. (212) 344-5180    www.criminal-defense.nyc

June 11, 2026

The Hon. Nelson S. Roman
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York
Via e-mail and ECF

Re:    *U.S. v. Ernest Webb, 17-cr-00644 (NSR)*

The matter is hereby advanced to June 17 at 3pm from the currently scheduled date of July 23. The Clerk of of Court is kindly directed to terminate the motion at ECF No. 531.
Dated: June 12, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**MEMO ENDORSED**

Dear Judge Roman,

I am CJA counsel to Mr. Ernest Webb in the above-captioned violation of supervised release matter. The parties have agreed that Mr. Webb will admit to violating certain specifications in the amended petition, specifically numbers 1-5 and 11-13 (grade C violations), though the parties do not agree as to sentencing. The parties would like to advance the case for Mr. Webb to admit to these specifications and proceed to sentencing. We have conferred with chambers, and the parties have agreed upon June 17 at 3:00pm for that hearing. I respectfully request that the Court order that the matter be advanced to that date from its current scheduled date of July 23.

Respectfully submitted,

_____/s/_____
Matthew Galluzzo
Counsel for Mr. Webb

CC:
A.U.S.A. John Wynne

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2026

1