**MEMO ENDORSED**

Paula R Brown

July 6, 2022

Honorable Chief Judge Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York, NY 1007

Dear Chief Judge Taylor Swain,

RECEIVED
SDNY PRO SE OFFICE

2022 JUL 18  PM 2:53

The Court is in receipt of Paula Brown's motion for victim rights. (ECF No. 485.) Because the motion concerns Defendant Ernest Webb's original plea and sentencing proceedings, which have since concluded, the requested relief is no longer available. Accordingly, the motion is DENIED as moot. To the extent the motion seeks any further or different relief, such relief is denied. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 485.
Dated: June 16, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

My name is Paula R Brown and I am writing this letter asking for your help in investigating the sentencing of Ernest Webb. I am totally distraught regarding many things that occurred during the prosecution of this defendant. Most importantly, my family and I were robbed of our justice. We were not informed a plea agreement had been offered to this defendant. We were not allowed to be present when the defendant pled guilty, and we have no closure because we were not offered the opportunity to hear this defendant take ownership for what he had done. Initially, I was told by the US Attorney's office, they had not made any deal with this defendant. I also implored the US Attorney's office to keep my family, and I informed if there was going to be any deal, because we wanted to express our feelings.

My son Dean Daniels was murdered in broad daylight on September 22, 2014, in Mount Vernon, NY. He was killed by 3 members of a notorious street gang called the "Goonies". For three years, I sought justice for my son by appearing on cable television, and radio and writing letters. Finally, an arrest was made in December 2017, Ernest Webb was arrested by the FBI for Dean's murder. This case was prosecuted in Federal Court, Docket # 17 CR 644. Subsequently, two others would also be charged. On that fateful day, 4 individuals were involved in the murder, one was never prosecuted, the driver of the car received 20 years, the other passenger 23 years, and the shooter ERNEST WEBB 66 months.

Approximately one year after this defendant's arrest, I began to notice something odd about this case. The defendant was separated from the other defendants, as well as I was never kept abreast about anything involving his prosecution. One day after a procedural adjournment, I went to court only to find out Ernest Webb had pled guilty and was cooperating with the US Attorney's office. My family and I waited an additional 3 years for all the defendant charged in Dean's murder to be sentenced. The shooter, Ernest Webb was finally sentenced on June 23, 2022.

I was rocked to my core when I heard this defendant was sentenced to 66 months for the murder of my son. It was especially insulting for me and my family to sit there and hear US Attorney Aiden Chow, ask for leniency for this murderer. I was told this was being done because Ernest Webb had cooperated with the US Attorney's office on this and other cases.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2026

The Probation Department in their pre-sentence report recommended a sentence of 120 months, but Judge Roman ignore this.

My family never received justice, this entire case and decisions made was a travesty of justice. The outcome of this case was only to bolster someone's political career. The Court and the US Attorney's office was more interested in getting a conviction of the driver Markel Overton and passenger Raheem Jones than to prosecute the actual shooter, Ernest Webb. I guess to them my son's life meant nothing and he deserved to die. I sat there listening to Judge Roman talking to Ernest Webb and his daughters about their future while Dean's son who was only 1 at the time of his father's death sat there, Judge Roman offered no words of condolences to him.

To add insult to injury, the US Attorney told me this defendant wanted to write to me. To ask my family to accept sentencing this individual to 66 months in exchange for my son's life is despicable. Due to the ploy of this defendant's manipulation of the Criminal Justice system he got a "get out of jail free card" and a slap on the wrist. I truly believe if my family were wealthy or Dean was a white man, there would have been a different ending to this story. Judge Taylor Swain, please help my family by investigating the sentencing of Ernest Webb.

All lives matter!

Sincerely,

Paula Brown

7/22/22, 12:12 PM

**From:** fedemail@vns.usdoj.gov,

**To** ▬▬▬▬▬▬▬▬▬▬

**Subject:** U.S. Department of Justice - VNS - Investigative Case NYS2017R01359 - Court Case 17-CR-00644

**Date:** Thu, Jul 21, 2022 12:21 pm

**Attachments:**

DO NOT REPLY TO THIS EMAIL.



**U.S. Department of Justice**
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Phone: (212) 637-1028
Fax: (212) 637-0421

July 21, 2022

Ernest & Paula Brown

Re: United States v. Defendant(s) Ernest Webb
Case Number 2017R01359 and Court Docket Number 17-CR-00644

Dear Ernest & Paula Brown:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. You have been designated to receive notifications on behalf of the following victim(s) (or potential victims) identified by law enforcement during the investigation of the case: Dean Daniels.

On July 18, 2022, defendant Ernest Webb pled guilty to the charges listed below. Any remaining counts will be disposed of at the time of sentencing. As a result of the guilty plea, there will be no trial involving this defendant.

| Number of Charges | Description of Charge(s) | Disposition |
|---|---|---|
| 1 | Use or carrying of firearm during crime of violence or drug trafficking offense | Guilty |
| 1 | Federal Offense | Guilty |
| 2 | Violent crimes in aid of racketeering activity | Guilty |
| 1 | RICO - prohibited activities | Guilty |

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

You will use your Victim Identification Number (VIN) **'5795502'** and Personal Identification Number (PIN) **'8244'** anytime you contact the Call Center and the first time you log into VNS on the website. If

1/2

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

We ARE seeking Monetary damage through Restitution to ▮▮▮▮▮▮▮▮▮▮▮, heir OF DEAN Daniels, who was murdered by the defendant. We are ALso seeking relief that the defendants descriptions OF crimes he pled guilty to included

Page 6

Case 7:17-cr-00644-NSR   Document 483   Filed 06/09/26   Page 5 of 6

IV. Relief

the Charge OF Murder. We also seek relief in that, the recommended Sentence by the PRobation Department be imposed.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 7/23/22 | |
| Dated | Plaintiff's Signature |
| Paula | Brown |
| First Name       Middle Initial | Last Name |
| | |
| Street Address | |
| | |
| County, City | State          Zip Code |
| | paula.brown |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7